No. 79–5385.  SIBLEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–5390.  NIX *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–5394.  ROWEN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5400.  DIGREGORIO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 79–5421.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5423.  CARRENO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 79–5427.  HORTON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 79–132.  CALIFORNIA *v.* LITTLE.  Ct. App. Cal., 3d App. Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 79–323.  MARYLAND *v.* POWERS.  Ct. App. Md.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 79–361.  MASSACHUSETTS *v.* TAGLIERI.  Sup. Jud. Ct. Mass.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 79–371.  BUTTERWORTH, CORRECTIONAL SUPERINTENDENT, ET AL. *v.* WALKER.  C. A. 1st Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.